IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONTEMPO CARD COMPANY, INC., | |
| Plaintiff, | C.A. No.: 1:23-cv-11990 |
| v. | |
| SUPERIOR BINDERY, INC., and REVOLUTIONARY CLINICS II, INC., | |
| Defendants. | |

## JOINT CLAIM CONSTRUCTION CHART

Pursuant to District of Massachusetts Local Rule 16.6(e)(1)(D) and the Scheduling Order, dated January 15, 2024, the parties submit this Joint Chart for construction of the following claim terms in U.S. Patent No. 11,358,763.

Respectfully submitted,

| | |
|---|---|
| EPSTEIN DRANGEL, LLP | LAMBERT SHORTELL & CONNAUGHTON |
| /s/ *Jodi-Ann McLane* | /s/ *Justin P. Tinger* |
| Jodi-Ann McLane (BBO 635567) | Justin P. Tinger (BBO 707807) |
| Kenneth W. Cohen (*pro hac vice*) | David J. Connaughton (BBO 679451) |
| 60 East 42nd Street, Suite 1250 | 100 Franklin Street, Suite 903 |
| New York, NY 10165 | Boston, MA 02110 |
| Telephone: (774) 230-1272 | Telephone: (617) 720-0091 |
| (212) 292-5390 | tinger@lambertpatentlaw.com |
| E-mail: jmclane@ipcounselors.com | connaughton@lambertpatentlaw.com |
| kcohen@ipcounselors.com | |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| *Contempo Card Company* | *Superior Bindery and Rev. Clinics II* |

| Term | Plaintiff's Construction | Defendants' Construction | Court's Construction |
|---|---|---|---|
| "box" | In the '763 patent, there is no claim term to "a box", instead there is a claim term to an "inner box" and an "outer box". Therefore, it is the Plaintiff's position that "outer box" and "inner box" are the proper claim terms to be construed. | "<u>a container, not a sleeve</u>"<br><br>Defendants have proposed constructions for the terms "outer box" and "inner box," which both use the term "box." Therefore, it is Defendants' position that the claim term "box" must also be construed. | |
| "outer box" | "a structure having five walls and an opening" | "an outer container, not an outer sleeve" | |
| "inner box" | " a structure having four vertical side walls and a bottom horizontal wall" | "an inner container, not an inner sleeve" | |
| "reaching" | Plain and ordinary meaning | "to touch or grasp by extending a part of the body or an object" | |
| "retain" | "hold the inner box within the outer box even when shook" | "hold the inner box within the outer box" | |
| "slot" | Plain and ordinary meaning | Plain and ordinary meaning | |

| | | | |
|---|---|---|---|
| "slots are not large enough for a child's finger" | The claim term meets the requirements of 35 U.S.C. § 112 and therefore is definite. There is adequate disclosure in the specification such that one of ordinary skill in the art would understand the meaning of the term. | Indefinite under 35 U.S.C. §112 | |
| "the contact surfaces" | The claim term meets the requirements of 35 U.S.C. § 112 and therefore is definite. There is adequate disclosure in the specification such that one of ordinary skill in the art would understand the meaning of the term. | Indefinite under 35 U.S.C. §112 | |

## CERTIFICATE OF SERVICE

    I certify that I served the foregoing on counsel of record via the Court's ECF filing system.

Date: April 26, 2024

/s/ Justin P. Tinger